UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARCUS D FLEMING,

    Petitioner,

v.                                              Case No. 3:20cv5990-LC-HTC

WARDEN M. V. JOSEPH,

    Respondent.

_____/

## **ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 7, 2021 (ECF No. 18). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation (ECF Doc. 18) is adopted and incorporated by reference in this order.

2. The petition, ECF Doc. 1 is DISMISSED.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 28th day of April, 2021.

       s/*L.A. Collier*
       **LACEY A. COLLIER**
       **SENIOR UNITED STATES DISTRICT JUDGE**